### TRAVIS HIE *v.* STATE OF CONNECTICUT (13638)

Dupont, C. J., and Lavery and Heiman, Js.

Argued November 27—decision released December 12, 1995

*Glen W. Falk*, special public defender, with whom, on the brief, was *David B. Bachman*, special public defender, for the appellant (petitioner).

*Mitchell S. Brody*, assistant state's attorney, with whom, on the brief, were *Michael Dearington*, state's attorney, and *Christopher Alexy*, assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.